## UNITED STATES v. SIMON

No. 742.   Decided April 20, 1970

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

*Jack McManus* for appellee.

PER CURIAM.

The judgment is vacated and the case is remanded to the United States District Court for the Western District of Wisconsin with instructions to reinstate count 1 of the indictment, charging a violation of 26 U. S. C. § 4742 (a).